Seth Farber, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: 212-259-8000
Fax: 212-259-6333

*Attorneys for Ricardo DeLucas Soriano*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America<br><br>        Plaintiffs,<br><br>        v.<br><br>Josue Gutierrez Mendez, et al.,<br><br>        Defendants. | Criminal Action No.<br>07-cr-00533 |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:    The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Dewey Ballantine LLP has changed its name to Dewey & LeBoeuf LLP. The office address, telephone and facsimile numbers remain the same.

Dated: October 1, 2007                             Respectfully submitted,

                                                                            Seth Farber Esq.
                                                                            Dewey & LeBoeuf LLP
                                                                            1301 Avenue of the Americas
                                                                            New York, NY 10019
                                                                            Tel: 212-259-8000
                                                                            Fax: 212-259-6333

                                                                            *Counsel for Ricardo DeLucas Soriano*

To: