# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

United States of America,
        Plaintiff,

v.                         Criminal Docket No:
                                 1:07-cr-00533 (DAB)

Josue Gutierrez Mendez,
        Defendant.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Ricardo Delucas Soriano.

    I certify that I am admitted to practice in this Court.

10/11/07
Date

Signature

Seth C. Farber
Print Name

Dewey & LeBoeuf LLP

1301 Avenue of the Americas
Address

New York    NY    10019
City    State    ZipCode

(212) 259-8000    (212) 259-6333
Phone Number    Fax Number