```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED: _____     │
└─────────────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

June 5, 2008

**BY FAX (212-805-7902)**
Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

Re:    **United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)**

Dear Judge Batts:

A pre-trial conference was previously set in the above-referenced case for June 9, 2008. /DAB/ Granted 06/09/08
The Government writes to respectfully request, on behalf of the Government and defense
counsel, that the conference be adjourned to a date convenient for the Court after the first week
of July 2008.  Counsel for defendant Ricardo Soriano respectfully requests that the conference be
scheduled for the week of July 14, 2008, if possible.

The Government respectfully requests that time be excluded from speedy trial
calculations until that date.  The Government previously has produced discovery to defense /DAB/ Granted 06/09/08
counsel, and is having discussions with each counsel about the possibility of a disposition
without need for trial.  Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and
Charles Hochbaum, Esq. have no objection to the exclusion.

Respectfully submitted,

*The pretrial conference is now scheduled for July 14, 2008, Monday at 10:30 Am.*

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

cc:    William J. Stampur, Esq. (by facsimile)
       Seth C. Farber, Esq. (by facsimile)
       Charles S. Hochbaum, Esq. (by facsimile)
       Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**

*Deborah A. Batts*
_____
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE